**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-097-KJD-(GWF) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| GILBERT R. ROUSSEAU, | |
| Defendant. | |

This Court finds that defendant Gilbert R. Rousseau pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. 3; Arraignment & Plea, ECF No. 8; Plea Agreement, ECF No. 5.

This Court finds defendant Gilbert R. Rousseau agreed to the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information, held jointly and severally liable with any codefendants. Criminal Information, ECF No. 3; Arraignment & Plea, ECF No. 8; Plea Agreement, ECF No. 5.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1), or Title 18, United States Code, Section 1349, conspiracy to commit such offenses and (2) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of

Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section 1349, conspiracy to violate such, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

This Court finds that Gilbert R. Rousseau shall pay an in personam criminal forfeiture money judgment of $4,388,406.38 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Gilbert R. Rousseau an in personam criminal forfeiture money judgment of $4,388,406.38.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 25th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

2