**LAW OFFICES OF JAMES D. HENDERSON**
JAMES D. HENDERSON
2530 Wilshire Boulevard
Second Floor
Santa Monica, California 90403-4643
Telephone:   310-264-1898
Facsimile:    310-264-4755
e-mail:  jdh@hendersonlaw.us

Attorneys for Defendant
GILBERT R. ROUSSEAU

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00097-KJD-GWF |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** |
| v. | |
| GILBERT R. ROUSSEAU, | (No Hearing Requested) |
| Defendant. | |

GOOD CAUSE having been demonstrated and there being no objection from the Office of the United States Attorney, the sentencing date for the Defendant Gilbert R. Rousseau is hereby continued from December 13, 2016, until April 19, 2017, at the hour of 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 8, 2016

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE