John Benedict, NSB #5581
Law Offices of John Benedict
2190 E. Pebble Road, Suite 260
Las Vegas, NV 89123
702-333-3770
Fax: 702-361-3685
Email: John@Benedictlaw.com
Local Counsel for defendant Gilbert R. Rousseau

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT R. ROUSSEAU,<br><br>Defendant. | Case No. 2:16-cr-97-KJD-GWF<br><br>SEVENTH STIPULATION TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED AND AGREED, by and through Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and defendant GILBERT R. ROUSSEAU, by and through his local counsel, John Benedict, Esq., that the Sentencing Hearing currently scheduled for currently set for Tuesday, August 13, 2019 at 9:00 a.m. be continued until a date and time convenient to the Court not sooner than 6 months from the current setting.

This Stipulation is entered into for the following reasons:

1

1. Lead counsel for defendant ROUSSEAU, James Henderson, Sr., passed away. Attorney Henderson had appeared in this matter pro hac vice, with Attorney Benedict as local counsel. Defendant ROUSSEAU desires to be represented by the Federal Public Defender's Office, or if that office has a conflict, via court appointment.

2. Further, defendant ROUSSEAU requires additional time to fulfill his commitments under the plea agreement.

3. Defendant ROUSSEAU is at liberty, having been released on a personal recognizance bond with conditions. The United States is not aware of any substantive violations of the presentencing release conditions imposed by the Court.

4. Defendant ROUSSEAU agrees to this continuance.

5. Denial of this request could result in a miscarriage of justice.

6. This is the seventh request to continue the sentencing hearing.

7. The parties seek this continuance in good faith, not for the purposes of delay.

## RELIEF REQUESTED

For the reasons stated above, the parties request the Court vacate the sentencing hearing in this matter currently set for Tuesday, August 13, 2019 at 9:00 a.m. be continued until a date and time convenient to the Court not sooner than 6 months from the current setting. A proposed order is attached.

Dated: August 12, 2019

| | |
|---|---|
| Counsel for GILBERT R. ROUSSEAU | Counsel for the United States of America<br>NICHOLAS A. TRUTANICH,<br>United States Attorney |
| _____//s//_____<br>JOHN BENEDICT, Esq. | _____//s//_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT R. ROUSSEAU,<br><br>Defendant. | Case No. 2:16-cr-97-KJD-GWF<br><br>ORDER |

ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the sentencing hearing currently scheduled for Tuesday, August 13, 2019 at 9:00 a.m. be vacated and continued to February 25, 2020 at the hour of 9:00 a.m. in Las Vegas Courtroom 4A.

IT IS SO ORDERED August 12, 2019

_____
UNITED STATES DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I, John Benedict, certify that the following counsel were served with a copy of the STIPULATION TO CONTINUE SENTENCING HEARING on this date by Electronic Case File system:

>NICHOLAS A. TRUTANICH
>United States Attorney
>District of Nevada
>Nevada Bar Number 13644
>DANIEL J. COWHIG
>Assistant United States Attorney
>United States Attorney's Office
>501 Las Vegas Boulevard South, Suite 1100
>Las Vegas, Nevada 89101-6514
>(702) 388-6336 / Fax: (702) 388-6020
>daniel.cowhig@usdoj.gov

DATED: August 12, 2019

>_____//s//_____
>John Benedict
>NSB # 5581