# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GILBERT R. ROUSSEAU,<br><br>    Defendant. | Case No. 2:16-cr-097-KJD-EJY-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Sentencing and disposition hearing currently scheduled for Tuesday, July 14, 2020 at 9:00 a.m., be vacated and continued to  January 21, 2021  at the hour of  9 : 00  a.m.; or to a time and date convenient to the court.

    DATED this 30th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

4