**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERT R. ROUSSEAU,<br><br>　　　　　Defendant. | Case No. 2:16-cr-097-KJD-EJY-1<br><br>**ORDER** |

　　Based upon the stipulation of the parties and good cause appearing therein, IT IS ORDERED that the Sentencing hearing currently scheduled for Thursday, January 21, 2021 at 9:00 a.m., be vacated and continued to  May 18, 2021  at the hour of  9 : 00  a .m.; or to a time and date convenient to the court in courtroom 4A.

　　DATED this 15th day of January 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

5