CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 826-8300
Facsimile: (702) 778-9709
*Attorney for Defendant, Gilbert R. Rousseau*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT R. ROUSSEAU,<br><br>Defendant. | CASE NO. 2:16-cr-00097-KJD-EJY |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (FIFTEENTH REQUEST)**

**IT IS HEREBY STIPULATED** by and between Defendant, Gilbert R. Rousseau, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of America, by and through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, that the sentencing hearing, which is currently scheduled for December 13, 2022, at 12:00 p.m., be vacated and rescheduled to a day and time convenient to the Court but not earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently scheduled for December 13, 2022, at 10:00 a.m. Therefore, Mr. Rousseau's Sentencing Memorandum and Formal Objections are currently due on December 6, 2022.

2. Paola M. Armeni was appointed by this Court as counsel for Mr. Rousseau on November 16, 2022.

3. As of the date of this stipulation counsel has not received any documents related to the case. Counsel has been in contact with AUSA Cowhig who is in the process of collecting documents to provide to the defense.

4. Defense counsel will require further time to explore any and all issues pertinent to sentencing, including consultation with Mr. Rousseau and the preparation of a sentencing memorandum on his behalf.

5. Mr. Rousseau has appeared in this case, and is in not custody and, along with the government, agrees to this continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing hearing.

9. This is the fifteenth request for a continuance of the sentencing hearing.

| | |
|---|---|
| JASON FRIERSON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 28th day of November, 2022. | DATED this 28th day of November, 2022. |
| /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG.<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>GILBERT R. ROUSSEAU |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GILBERT R. ROUSSEAU,<br><br>   Defendant. | CASE NO. 2:16-cr-00097-KJD-EJY |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Sentencing in this matter is currently scheduled for December 13, 2022, at 12:00 p.m. Therefore, Mr. Rousseau's Sentencing Memorandum and Formal Objections are currently due on December 6, 2022.

2. Paola M. Armeni was appointed by this Court as counsel for Mr. Rousseau on November 16, 2022.

3. As of the date of this stipulation counsel has not received any documents related to the case. Counsel has been in contact with AUSA Cowhig who is in the process of collecting documents to provide to the defense.

4. Defense counsel will require further time to explore any and all issues pertinent to sentencing, including consultation with Mr. Rousseau and the preparation of a sentencing memorandum on his behalf.

5. Mr. Rousseau has appeared in this case, and is in not custody and, along with the government, agrees to this continuance.

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

7. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

8. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing hearing.

9. This is the fifteenth request for a continuance of the sentencing hearing.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for December 13, 2022, at the hour of 12:00 p.m. is hereby vacated and continued to the 21st day of March, 2023, at the hour of 10:00 a.m., in Courtroom 4A.

**DATED** this 30th day of November, 2022.

KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE
CASE NO.:  2:16-cr-00097-KJD-EJY