JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>GILBERT R. ROUSSEAU,<br><br>      Defendant. | Case No. 2:16-cr-97-KJD-EJY<br><br>SIXTEENTH STIPULATION TO CONTINUE SENTENCING |

      The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Gilbert R. Rousseau, by and through his counsel, Paola M. Armeni, Clark Hill PLLC, stipulate and agree to jointly move this Honorable Court to vacate the sentencing hearing set for Tuesday, May 9, 2023, at 10:30 a.m. and reset the sentencing proceedings in this matter at a date on or after August 1, 2023.

      The parties make this stipulation and motion under Fed. R. Crim. Pro. 32(b)(2) for good cause and not for the purposes of delay.

Present counsel for Mr. Rousseau was not party to the original discussions between defense and the government. The parties have agreed to meet and confer regarding the case. Defense has received and reviewed investigative materials in the case. Defense counsel will require further time to explore any issues pertinent to sentencing, including further consultation with Mr. Rousseau and possible objections to the Presentence Investigation Report, received by prior defense counsel without comment. These steps are necessary precursors to preparation of a sentencing memorandum on Mr. Rousseau's behalf.

Further, the assigned AUSA will be out of the district at the time of the presently scheduled sentencing hearing.

Based on the forgoing facts, the parties agree that it is in the interest of justice to defer sentencing. Defendant Rousseau believes it is in his best interest to do so.

Defendant Rousseau is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the sixteenth request to continue sentencing in this matter.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Dated May 1, 2023

Counsel for Defendant
GILBERT R. ROUSSEAU

JASON M. FRIERSON
United States Attorney

//s// *Paola M. Armeni*

PAOLA M. ARMENI
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
702-862−8300
parmeni@clarkhill.com

//s// *Daniel J Cowhig*

DANIEL J. COWHIG
Assistant United States Attorney

1

2

3

4                              **UNITED STATES DISTRICT COURT**
                                   **DISTRICT OF NEVADA**
5

6    UNITED STATES OF AMERICA,                Case No. 2:16-cr-97-KJD-EJY

7                      Plaintiff,

8            vs.                              **ORDER**

9    GILBERT R. ROUSSEAU,

10                     Defendant.

11

12                **FINDINGS OF FACT AND CONCLUSIONS OF LAW**

13           Based on the stipulation of the parties and the record in these matters, the Court finds

14   that the parties make this stipulation and motion for good cause and not for the purposes of

15   delay. The parties agree that it is in the interest of justice to defer sentencing.

16           Present counsel for Mr. Rousseau was not party to the original discussions between

17   defense and the government. The parties have agreed to meet and confer regarding the case.

18   Defense has received and reviewed investigative materials in the case. Defense counsel will

19   require further time to explore any issues pertinent to sentencing, including further consultation

20   with Mr. Rousseau and possible objections to the Presentence Investigation Report, received by

21   prior defense counsel without comment. These steps are necessary precursors to preparation of

22   a sentencing memorandum on Mr. Rousseau's behalf. Further, the assigned AUSA will be out

23   of the district at the time of the presently scheduled sentencing hearing.

24

Based on the forgoing facts, the parties agree that it is in the interest of justice to defer sentencing. Defendant Rousseau believes it is in his best interest to do so.

Defendant Rousseau is not in custody and agrees to this continuance.

Denial of this request for continuance could result in a miscarriage of justice.

This is the sixteenth request to continue sentencing in this matter.

## ORDER

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the sentencing hearing set for Tuesday, May 9, 2023, at 10:30 a.m. be vacated and reset for August 22, 2023, at 10:00 a.m. in Las Vegas Courtroom 4A.

**IT IS SO ORDERED** this May 3, 2023.

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE