JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-097-KJD-EJY |
| Plaintiff, | **Motion to Vacate the Final Order of Forfeiture, ECF No. 47, and Order** |
| v. | |
| GILBERT R. ROUSSEAU, | |
| Defendant. | |

The United States respectfully moves this Court to vacate the Final Order of Forfeiture, ECF No. 47. The parties have agreed to modify the plea agreement and an amended forfeiture order per the terms of the modified agreement will be filed separately.

Dated: August 23, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/  Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney

IT IS SO ORDERED:

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

DATED: August 28, 2023